IN THE MATTER OF THE PETITION OF FRANCIS O'HARE, TO VACATE AN ASSESSMENT FOR REGULATING, GRADING, ETC., FORTIETH STREET, BETWEEN FIRST AND SECOND AVENUES.

*Assessments — Chap. 326 of 1840; 574 of 1871; 580 of 1872; 313 of 1874.*

Section 7, chapter 326, of Laws of 1840 (if not repealed), only requires, in case an assessment exceeds in amount one-half the value of the property as assessed by the ward assessors, that such assessment should be reduced to such one-half of the assessed value and vacated as to the excess, and not that it should be vacated *in toto.*

The certificate of the commissioner of public works, required by chapter 574 of 1871, section 5, is sufficient, if it contains a substantial statement of the sum or sums expended.

The curative acts, chapter 580 of 1872 and chapter 313 of 1874, should be construed to cover cases where there are mere defects of formality in official certificates which contain, without technical accuracy, the substance of what the statute requires.

APPEAL from an order of the Special Term, vacating an assessment for regulating, etc., Fortieth street, between First and Second avenues, in the city of New York.

*William Barnes* and *E. Delafield Smith,* for corporation. *E. Ellery Anderson,* for respondent.

Opinion by DAVIS, P. J.

DANIELS, J., concurred.

Order reversed, with costs and disbursements, and the case remanded for rehearing, with direction that the assessment be reduced if it be satisfactorily shown that it was excessive, under the act, chapter 326 of 1840, and that such act is still in force.